CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 02 2018

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SILVIA GONZALES-MONTES,<br><br>      Plaintiff,<br><br>v.<br><br>PAMELA SNIDER<br><br>      Defendant. | Civil Action No. 4:18CV00040 |

## NOTICE OF REMOVAL

  COMES NOW the Defendant, Pamela Snider ("Snider or "Defendant"), by counsel, pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(b)(1), and files this Notice of Removal to remove this action to this Court from the Circuit Court of Patrick County, Virginia. In support of this Notice, Snider states the following grounds for removal:

  1.  On or about June 12, 2018, Plaintiff Silvia Gonzales-Montes ("Gonzales-Montes" or "Plaintiff") initiated this civil action with the filing of a Complaint in the Circuit Court for Patrick County, Virginia, under the caption *Silvia Gonzales-Montes v. Pamela Snider*, Case No. CL18000452-00 ("the State Court Action"). A true copy of the Summons and Complaint served upon Pamela Snider on June 14, 2018 is attached hereto as **Exhibit 1**.

  2.  Plaintiff Silvia Gonzales-Montes is and has been at all times relevant hereto an individual resident and domiciliary of Stuart, Virginia, and a citizen of the Commonwealth of Virginia.

  3.  Defendant Pamela Snider is and has been at all times relevant hereto an individual resident and domiciliary of Mount Airy, North Carolina, and a citizen of the State of North Carolina.

4. Pamela Snider was served with process (the Summons and Complaint) in the State Court Action on June 14, 2018. See **Exhibit 1**.

## GROUNDS FOR REMOVAL – DIVERSITY JURISDICTION

5. All procedural and substantive grounds for removal have been satisfied in this case.

6. 28 U.S.C. §§ 1441(a) provides that "[e]xcept at otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This is a civil action brought in a State court of which the United States District Court for the Western District of Virginia, Danville Division has original jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. §§ 1332(a)(1), which provides in part that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between--(1) citizens of different States ..."

7. At all pertinent times, including the date the State Court Action was filed and presently, Plaintiff is and has been a citizen of Virginia, and Defendant is and has been a citizen of the State of North Carolina. The amount in controversy alleged in the Complaint (totaling $400,000.00) exceeds $75,000.00, exclusive of interest and costs.

8. 28 U.S.C. §§ 1446(a) provides in part that "[a] defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal ... containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action." In accordance

with 28 U.S.C. §§ 1446(a), a copy of all process, pleadings, and orders served upon Pamela Snider in the State Court Action are filed herewith.

9. This Notice of Removal is timely filed pursuant to 28 U.S.C. §§ 1446(b)(1), which provides that "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which action or proceeding is based, or within 30 days after service of summons upon the defendant if such initial pleading has been filed in court and is not required to be served on the defendant, which period is shorter." The Defendant was first served with the Summons and Complaint filed in the State Court Action on June 14, 2018.

10. Additionally, this Notice of Removal is timely filed less than one (1) year after commencement of the State Court Action, in accordance with 28 U.S.C. §§ 1446(c).

11. The Defendant has this day served a notice of the filing of this Notice of Removal upon the Plaintiff, by counsel, and has forwarded said notice for filing with the Clerk of the Circuit Court for the County of Patrick, Virginia, as required by 28 U.S.C. §§ 1446(d).

12. The United States District Court for the Western District of Virginia, Danville Division, embraces the place where the State Court Action is pending.

WHEREFORE, Defendant PAMELA SNIDER gives notice that the aforementioned State Court Action is hereby removed to the United States District Court for the Western District of Virginia, Danville Division.

Respectfully submitted,

PAMELA SNIDER

Date: July 2, 2018        By:      /s/ *Theodore I. Brenner*
                                   Theodore I. Brenner, Esq., VSB # 17815
                                   FREEBORN & PETERS LLP
                                   411 E. Franklin Street, Suite 200
                                   Richmond, VA  23219
                                   Phone: (804) 644-1300 ext. 226
                                   Direct: (804) 433-4777
                                   Fax: (804) 644-1354
                                   E-mail: tbrenner@freeborn.com


## CERTIFICATE OF SERVICE

I hereby certify that on this **2nd** day of July, 2018, a true copy of the foregoing NOTICE OF REMOVAL was delivered by first-class U.S. mail, postage prepaid, to the following counsel of record for the Plaintiff:

Hoyett L. "Len" Barrow, Jr., Esq.
VSB No. 15705
GARDNER, BARROW & SHARPE, P.C.
Fidelity Bank Building, 4th Floor
231 East Church Street
Martinsville, Virginia  24112
Phone: (276) 638-2455
Fax: (276) 638-2458

                                     /s/ *Theodore I. Brenner*
                                   Theodore I. Brenner, Esq., VSB # 17815
                                   FREEBORN & PETERS LLP
                                   411 E. Franklin Street, Suite 200
                                   Richmond, VA  23219
                                   Phone: (804) 644-1300 ext. 226
                                   Direct: (804) 433-4777
                                   Fax: (804) 644-1354
                                   E-mail: tbrenner@freeborn.com