CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 15 2019
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

| | | |
|---|---|---|
| SILVIA GONZALES-MONTES, | ) | |
|    Plaintiff, | ) | Civil Action No. 4:18-cv-00040 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAMELA SNIDER, | ) | By:   Joel C. Hoppe |
|    Defendant. | ) |       United States Magistrate Judge |

The parties having filed a stipulation of dismissal indicating that the matters in controversy have been settled, it is accordingly

### ORDERED

that this case shall be and hereby is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Clerk is directed to close the case.

The parties shall bear their own costs.

ENTER:  October 15, 2019

*/s/ Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge